UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VERSUS | :   CIVIL ACTION 3:08CV279-RET-DLD |
| KRISTIE S. SIMEON | : |

### JUDGMENT

Upon motion of the United States of America for a default judgment against the defendant, Kristie S. Simeon, which followed an Entry of Default made on July 17, 2008, and it appearing from the declaration attached to the motion that the defendant is not an infant or incompetent person and is not serving in any branch of the military;

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff, the United States of America, do have and recover judgment against the said defendant, Kristie S. Simeon, for the principal amount of $21,347.27, plus accrued interest of $9,905.54 as of January 3, 2008, with interest accruing thereafter at the daily rate of $4.53 to the date of judgment, plus interest from the date of judgment at the legal rate provided by 28 U.S.C. §1961, computed daily and compounded annually until paid in full.

Baton Rouge, Louisiana, this 31st day of July, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

by James J. Brady
U.S. D.J.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY
By: s/ James L. Nelson
JAMES L. NELSON, LBN 09934
Assistant U.S. Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801
Telephone (225) 389-0443
E-Mail: jim.nelson@usdoj.gov